IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Price, Tenita R | Case Number: 07 B 04531 |
|---|---|
|  | Judge: Squires, John H |
| Printed: 03/10/09 | Filed: 3/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 7, 2009
Confirmed:   August 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,420.00 |  |
| Secured: |  | 1,665.00 |
| Unsecured: |  | 1,791.68 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,564.00 |
| Trustee Fee: |  | 386.72 |
| Other Funds: |  | 12.60 |
| Totals: | 6,420.00 | 6,420.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Debra J Vorhies-Levine | Administrative | 2,564.00 | 2,564.00 |
| 2. | Mid America Federal Savings Bank | Secured | 0.00 | 0.00 |
| 3. | Mid America Federal Savings Bank | Secured | 11,825.97 | 1,665.00 |
| 4. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 5. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 108.99 | 43.82 |
| 7. | Premier Bankcard | Unsecured | 76.52 | 30.76 |
| 8. | RoundUp Funding LLC | Unsecured | 132.05 | 53.09 |
| 9. | T Mobile USA | Unsecured | 229.50 | 92.27 |
| 10. | Nicor Gas | Unsecured | 127.55 | 51.28 |
| 11. | Condor Capital Corp | Unsecured | 3,781.74 | 1,520.46 |
| 12. | AmeriCash Loans, LLC | Unsecured | 301.44 | 0.00 |
| 13. | Worldwide Asset Purchasing LLC | Unsecured | 29.28 | 0.00 |
| 14. | Sallie Mae | Unsecured |  | No Claim Filed |
| 15. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 16. | Aspen | Unsecured |  | No Claim Filed |
| 17. | Diversified Collection Service | Unsecured |  | No Claim Filed |
| 18. | Fingerhut | Unsecured |  | No Claim Filed |
| 19. | Seventh Avenue | Unsecured |  | No Claim Filed |
| 20. | GEMB | Unsecured |  | No Claim Filed |
| 21. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 22. | Jefferson Capital | Unsecured |  | No Claim Filed |
| 23. | Midnight Velvet | Unsecured |  | No Claim Filed |
| 24. | Jefferson Capital | Unsecured |  | No Claim Filed |
| 25. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 26. | Country Door | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Price, Tenita R | Case Number: 07 B 04531 |
|---|---|
| | Judge: Squires, John H |
| Printed: 03/10/09 | Filed: 3/14/07 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Pinnacle Fincial Group Inc | Unsecured | | No Claim Filed |
| 28. | Jefferson Capital | Unsecured | | No Claim Filed |
| 29. | Seventh Avenue | Unsecured | | No Claim Filed |
| 30. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 31. | Verizon Wireless | Unsecured | | No Claim Filed |
| | | | $ 19,177.04 | $ 6,020.68 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 155.47 |
| 6.5% | 104.65 |
| 6.6% | 126.60 |
| | $ 386.72 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

